# PD-1473-15

NO. #_______

VICTOR TODD WILLIAMS,     *     BEFORE THE
          APPELLANT,     *     TEXAS COURT OF CRIMINAL APPEALS
          VS,     *     AT AUSTIN, TEXAS
              *
THE STATE OF TEXAS,     *
          APPELLEE,     *

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

### MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW

MAY IT PLEASE THE COURT:

COMES NOW, VICTOR TODD WILLIAMS, HEREINAFTER REFERRED TO AS THE APPELLANT IN THE ABOVE ENTITLED AND NUMBERED STYLED CASE, AND IN PROPRIA PERSONA PURSUANT TO RULE 10.5(b) OF THE TEXAS RULES OF APPELLATE PROCEDURE, FILES AND TENDERS THIS, MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW (PDR), AND FOR CAUSE WILL ADVANCE THE FOLLOWING IN SUPPORT THEREOF, TO-WIT:

FILED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

I.

THE FOURTEENTH COURT OF APPEALS FOR THE STATE OF TEXAS, AT HOUSTON, TEXAS, ENTERED IT'S JUDGMENT ON OCTOBER 13, 2015 IN NO. #14-13-00708-CR, STYLED: VICTOR TODD WILLIAMS VS. THE STATE OF TEXAS.

THE DEADLINE FOR FILING OF THE (PDR) WITH THE COURT OF APPEALS IS ON NOVEMBER 11, 2015.

THIS IS APPELLANT'S FIRST REQUEST FOR AN EXTENTION OF TIME IN WHICH TO FILE A (PDR).

THE LENGTH OF TIME SOUGHT FOR THE EXTENSION IS AN ADDITIONAL SIXTY (60) DAYS AND TO INCLUDE JANUARY 11, 2016.

THE FACTS RELIED UPON TO REASONABLY EXPLAIN THE NEED FOR THE EXTENSION IS PREMISED ON REASONS, THAT THE APPELLANT WAS NOTIFIED BY HIS APPELLATE COUNSEL ON APPEAL THAT THE COURT OF APPEALS AFFIRMED THE JUDGMENT AND SENTENCE OF THE TRIAL COURT ON OR ABOUT OCTOBER 13, 2015 AND FURTHER INFORMED THE APPELLANT THAT HE HAD UNTIL NOVEMBER 11, 2015, IN WHICH TO FILE A (PDR). WITH THIS INFORMATION GIVEN TO APPELLANT, APPELLANT MAINTAINS A MANDATORY PRISON WORK RELATED ASSIGNMENT, AND IS ONLY ALLOWED TEN (10) HOURS PER WEEK OF ACCESS TO A LAW LIBRARY, AND AT THE PRESENT TIME, THE JOHN M. WYNNE UNIT HAS BEEN SUBJECTED

(1).

TO CONTINUIOUS POWER OUTAGES AND HAS SUSPENDED NORMAL ACTIVITIES TWICE IN THE PAST TWO WEEKS. THESE SUSPENDED ACTIVITIES INCLUDES THE USE OF THE UNIT'S LAW LIBRARY, WHICH IS PERTINENT TO APPELLANT EXPEDITING THE (PDR). AS A RESULT THEREOF; APPELLANT'S ABILITY TO ADEQUATELY PREPARE A (PDR) HAS BEEN IMPEDED WITH THESE DIFFICULTIES, THAT ARE BEYOND HIS CONTROL AND WOULD REQUEST FOR THE ENUMERATED DAYS MENTIONED TO EXTEND TIME TO COMPLETE THE PDR.

## II.

WHEREFORE, PREMISES CONSIDERED, AND IN THE INTEREST OF JUSTICE, APPELLANT RESPECTFULLY MOVES AND PRAYS, THAT FOR THE REASONS ADVANCED ABOVE, THAT THE DUE DATE FOR FILING OF A (PDR) WITH THE COURT OF APPEALS IN ALL BE EXTENDED SIXTY (60) DAYS.

ACCORDINGLY WRITTEN,

VICTOR TODD WILLIAMS
T.D.C.J. #1872886
WYNNE UNIT
810 FM 2821 RD
HUNTSVILLE, TEXAS 77349
APPELLANT, IN PROPIA PERSONA.

(2).

## CERTIFICATE OF SERVICE

I, VICTOR TODD WILLIAMS, DO HRERBY CERTIFY, THAT A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS SERVED, VIA UNITED STATES POSTAL SERVICE, FIRST CLASS PREPAID POSTAGE, BY PLACING THE SAME IN THE INTERNAL MAIL SYSTEM OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE CORRECTIONAL INSTITUTIONS DIVISION, ON THIS DATE OF <u>NOVEMBER 09, 2015</u>. AND PROPERLY ADDRESSED TO:

    MELISSA P. HERVEY
    ASSISTANT DISTRICT ATTORNEY
    HARRIS COUNTY, TEXAS
    1201 FRANKLIN
    HOUSTON, TEXAS 77002

VICTOR TODD WILLIAMS

(3).